ON MOTION FOR REHEARING AND FOR CERTIFICATION
PER CURIAM.
We deny the motion for rehearing but grant the motion for certification. We rephrase and certify the following question as one of great public importance:
When a criminal defendant is tried on multiple counts and none of the counts, individually, is punishable by life imprisonment, but where the defendant is exposed to a life sentence if convicted of more than one count, after assessment of all possible sentence points, is the defendant entitled to ten peremptory challenges as a matter of right?
MOTION DENIED; QUESTION CERTIFIED.
MONACO, C.J., SAWAYA, PALMER, ORFINGER, EVANDER, and COHEN, JJ., concur.
*518 TORPY, J., concurs in part and dissents in part, with opinion, in which GRIFFIN, LAWSON and JACOBUS, JJ„ concur.